UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

THOMAS MARTINEZ,

      Plaintiff,

v.                                                                  Case No. CV-14-499 MV-SCY

PLAINS TRANSPORTATION, INC., and
ANDRES ARRELLANO,

      Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on a Stipulated Motion for Dismissal, and the Court having reviewed the Motion as being advised that the case has settled, finds and concludes that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that this case should be, and hereby is, dismissed with prejudice.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

APPROVED:

 /s/ Douglas A. Baker
Douglas A. Baker
Atkinson, Thal & Baker, P.C.
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
*Attorneys for Defendants Alisam Enterprises, LLC*
*d/b/a Plains Transportation, Inc. and Andrez*
*Arellano*


*Electronically approved on 12/1/14*
Amavalise F. Jaramillo
P.O. Box 28
Tome, NM 87060
*Attorneys for Plaintiff*